# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MACIEJ OSZUTOWSKI, an individual; DOROTA MARIA CHICHONSKA, an individual; AMAZON.COM SERVICES LLC, a Delaware limited liability company, and DOES 1-20, Inclusive,<br><br>Defendants.<br><br>DOROTA MARIA CHICHONSKA and MACIEJ OSZUTOWSKI,<br><br>Cross-Complainants,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, and ROES 1-20, Inclusive,<br><br>Cross-Defendants. | Case No. 2:25-cv-03948-AH-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

183895957.1

1     Having considered the papers, and finding that good cause exists, the Parties'
2 Stipulated Protective Order is **granted**.
3 **IT IS SO ORDERED**.
4
5 DATED: <u>September 30, 2025</u>
6
7 _____
    HON. BRIANNA FULLER MIRCHEFF
    UNITED STATES MAGISTRATE JUDGE

183895957.1